■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVEN JOHNE, Appellant.

The court's charge as to criminal possession of a weapon in the fourth degree, when read as a whole, adequately apprised the jury of the proper standard to apply *(see, People v Canty,* 60 NY2d 830).

The defendant's remaining contentions have been considered and found to be without merit. Brown, J. P., Rubin, Lawrence and Kooper, JJ., concur.